IN THE
UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

SSM LITIGATION GROUP,

                Petitioner

                v.                 No. 23-1267

ENVIRONMENTAL PROTECTION AGENCY,

                Respondent
_____

**PETITIONER'S STATEMENT OF ISSUES**

Pursuant to the Court's September 20, 2023 Order, Petitioner SSM Litigation Group hereby files its preliminary and non-binding statement of issues to be raised in its petition for review of the promulgation by the U.S. Environmental Protection Agency ("EPA") of the final action entitled *Removal of Title V Emergency Affirmative Defense Provisions From State Operating Permit Programs and Federal Operating Permit Program*, published on July 21, 2023 at 88 Fed. Reg. 47,029 (the "Affirmative Defense Removal Rule").

Petitioner currently intends to raise the following issues in this case:

1

1. Whether EPA's promulgation of the Affirmative Defense Removal Rule was based on an inaccurate interpretation of the implications of this Court's opinion in *NRDC v. EPA*, 749 F.3d 1055 (D.C. Cir. 2014).

2. Whether EPA's promulgation of the Affirmative Defense Removal Rule was arbitrary, capricious, and an abuse of discretion because EPA failed to provide an adequate justification for its reversal of its prior determination that it was both legally permissible and appropriate as a matter of policy to allow an affirmative defense to penalties for excess emissions caused by emergencies in Clean Air Act Title V operating permits, including EPA's failure to show that experience with application of the affirmative defense in existing state and federal operating permits for approximately 30 years justified removal of affirmative defense provisions in state and federal permitting regulations and individual operating permits.

3. Whether EPA's conclusion, in promulgating the Affirmative Defense Removal Rule, that it is appropriate to subject source operators to civil penalties for emissions that are "unavoidable" despite operation of appropriate pollution control technology and that arise "from sudden and reasonably unforeseeable events beyond the control of the source,

including acts of God," was arbitrary, capricious, an abuse of discretion, and contrary to the Fifth and Eighth Amendments to the United States Constitution.

Additional issues may be identified as, *inter alia*, Petitioner examines the Administrative Record to be certified by EPA in this case.

Dated: October 19, 2023

                                              Respectfully submitted,

                                              /s/ Russell S. Frye
                                              FryeLaw PLLC
                                              1629 K Street, N.W.  Suite 300
                                              Washington, DC  20006-1631
                                              (202) 572-8267
                                              Fax (866) 850-5198
                                              rfrye@fryelaw.com
                                              *Attorney for SSM Litigation Group*