ORAL ARGUMENT NOT YET SCHEDULED

IN THE
UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____
                                    )
SSM LITIGATION GROUP,               )
                                    )
                Petitioner          )
                                    )
        v.                          )   No. 23-1267
                                    )
ENVIRONMENTAL PROTECTION AGENCY,    )
                                    )
                Respondent          )
_____)

**PETITIONER'S RESPONSE TO MOTION TO INTERVENE**

On October 19, 2023, Sierra Club, Ironbound Community Corporation, California Communities Against Toxics, Environmental Integrity Project, and Natural Resources Defense Council (collectively, "Movants") filed a Motion To Intervene in this petition for review, in support of Respondent Environmental Protection Agency (ECF Doc. #2022721).

That Motion To Intervene contains many inaccurate statements of fact and law, but Petitioner SSM Litigation Group takes no position on Movants'

1

intervention in this case.

Dated: October 30, 2023

    Respectfully submitted,

    /s/ Russell S. Frye
    FryeLaw PLLC
    1629 K Street, N.W.  Suite 300
    Washington, DC  20006-1631
    (202) 572-8267
    Fax (866) 850-5198
    rfrye@fryelaw.com
    *Attorney for SSM Litigation Group*

# CERTIFICATE OF COMPLIANCE

Pursuant to Rule 27(d) and 32(g)(1) of the Federal Rules of Appellate Procedure and Circuit Rule 27(a)(2), I hereby certify that the foregoing Petitioner's Response to Motion To Intervene contains 69 words, as counted by a word processing system that includes headings, footnotes, quotations, and citations in the count, and therefore is within the word limit set by Fed. R. App. P. 27(d)(2)(A).

This document also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

Dated: October 20, 2023					/s/ Russell S. Frye

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2023, the foregoing Petitioner's Response to Motion To Intervene was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of said filing to

the attorneys of record, who are required to have registered with the Court's CM/ECF system.

/s/ Russell S. Frye