ORAL ARGUMENT NOT YET SCHEDULED

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____
                                    )
SSM LITIGATION GROUP,               )
                                    )
        Petitioner,                 )   No. 23-1267
                                    )
    v.                              )
                                    )
ENVIRONMENTAL PROTECTION AGENCY,    )
                                    )
        Respondent.                 )
_____)

## UNOPPOSED MOTION TO GOVERN

Petitioner SSM Litigation Group moves to continue the abeyance period and requests the Court to order the parties to submit motions to govern within 30 days after a decision in *Environmental Committee of the Florida Electric Power Coordinating Group, Inc. v. EPA*, No. 15-1239, or within 90 days, whichever comes first. Respondent the United States Environmental Protection Agency ("EPA") does not oppose.

Respectfully submitted,

/s/ Russell S. Frye
FryeLaw PLLC
1629 K Street, N.W. Suite 300
Washington, DC 20006-1631
(202) 572-8267
Fax (866) 850-5198
rfrye@fryelaw.com

Attorney for SSM Litigation Group

January 30, 2024

# CERTIFICATE OF COMPLIANCE

Pursuant to Rule 27(d) and 32(g)(1) of the Federal Rules of Appellate Procedure and Circuit Rule 27(a)(2), I hereby certify that the foregoing Unopposed Motion To Govern contains 62 words, as counted by a word processing system that includes headings, footnotes, quotations, and citations in the count, and therefore is within the word limit set by the Court.

This document also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

/s/ Russell S. Frye

CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2024, I electronically filed the foregoing with the Court by using the CM/ECF system, which will send a notification to the attorneys of record in this matter, who are registered with the Court's CM/ECF system.

/s/ Russell S. Frye