ORAL ARGUMENT HELD JANUARY 14, 2025

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |
|---|---|
| SSM LITIGATION GROUP, | )<br>)<br>) |
| Petitioner, | )  No. 23-1267<br>) |
| v. | )<br>) |
| ENVIRONMENTAL PROTECTION AGENCY, | )<br>) |
| Respondent. | )<br>) |

MOTION TO GOVERN

Respondent United States Environmental Protection Agency ("EPA") moves to lift the abeyance in this case.

On February 27, 2025, EPA moved to hold this case in abeyance to allow new Agency leadership to review the underlying rule. The Court granted that motion, and ordered EPA to file a motion to govern by May 5.

EPA has completed its review, and asks the Court to lift the abeyance and proceed to a decision.

April 22, 2025

Respectfully submitted,

ADAM R.F. GUSTAFSON
  *Acting Assistant Attorney General*

/s/ Daniel R. Dertke
DANIEL R. DERTKE

United States Department of Justice
P.O. Box 7611
Washington D.C. 20044
Tel: (202) 514-0994
daniel.dertke@usdoj.gov

*Of counsel*
Jeanhee Hong
U.S. Environmental Protection Agency
Office of General Counsel
Washington, D.C.

*Counsel for Respondent*

<u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to Rule 27(d) and 32(g)(1) of the Federal Rules of Appellate Procedure and Circuit Rule 27(a)(2), I hereby certify that the foregoing Corrected Motion To Hold Case In Abeyance contains 72 words, as counted by a word processing system that includes headings, footnotes, quotations, and citations in the count, and therefore is within the word limit set by the Court.

This document also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

*<u>/s/  Daniel R. Dertke</u>*

CERTIFICATE OF SERVICE

      I hereby certify that on April 22, 2025, I electronically filed the foregoing with the Court by using the CM/ECF system, which will send a notification to the attorneys of record in this matter, who are registered with the Court's CM/ECF system.

*/s/ Daniel R. Dertke*