No. 23-1267            September Term, 2024

FILED ON: SEPTEMBER 5, 2025

SSM LITIGATION GROUP,
        PETITIONER

v.

ENVIRONMENTAL PROTECTION AGENCY,
        RESPONDENT

CALIFORNIA COMMUNITIES AGAINST TOXICS, ET AL.,
        INTERVENORS

On Petition for Review of a Final Action
of the Environmental Protection Agency

Before: RAO and WALKER, *Circuit Judges*, and GINSBURG, *Senior Circuit Judge*

**JUDGMENT**

This cause came to be heard on the petition for review of a final action of the Environmental Protection Agency and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the petition for review be granted and the rescission be reversed, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

FOR THE COURT:
Clifton B. Cislak, Clerk

BY:    /s/

Daniel J. Reidy
Deputy Clerk

Date: September 5, 2025

Opinion for the court filed by Circuit Judge Rao.