# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1267**                            **September Term, 2025**

EPA-88FR47029

**Filed On:** January 2, 2026

SSM Litigation Group,

        Petitioner

    v.

Environmental Protection Agency,

        Respondent

------------------------------

California Communities Against Toxics, et al.,
        Intervenors


      **BEFORE:**    Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges; and Ginsburg, Senior Circuit Judge

### O R D E R

Upon consideration of respondent-intervenors' petition for rehearing en banc, the responses thereto, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.

### Per Curiam

                                 **FOR THE COURT:**
                                 Clifton B. Cislak, Clerk

              BY:    /s/
                      Lillian R. Wright
                      Deputy Clerk